**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Georgetta Tanelle Rhodes <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9478 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–26126–CMG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Georgetta Tanelle Rhodes

11/22/19

**By the court:**    Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-26126-CMG
Georgetta Tanelle Rhodes                                            Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 3          Date Rcvd: Nov 22, 2019
                               Form ID: 318               Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Georgetta Tanelle Rhodes,    35 Chicory Lane,    Browns Mills, NJ 08015-4334
cr             +CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr             +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518420532       Account Resolution Services A Division Of Hrr,     Po Box 459079,    Sunrise, FL 33345 9079
518420533      +Alert Ambulance Service,    Po Box 192,    Brick, NJ 08723-0192
518420534      +Alltran Education, Inc.,    P. O. Box 722920,    Houston, TX 77272-2920
518420536      +Apex Asset,    2501 Oregon Pike Suite 120,    Lancaster, PA 17601-4890
518420537       Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601 4890
518420544      +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,     Anaheim, CA 92806-5951
518420545       Cbcs,   Po Box 2589,    Columbus, OH 43216 2589
518420547       Comenity Bank Express,    Po Box 65728,    San Antonio, TX 78265 9728
518420549      +Comenity Capital Bank Ulta,    2200 E. Devon Ave,    Suite 200,    Des Plaines, IL 60018-4501
518420551      +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
518420554       Diversified Consultants, Inc,    Po Box 679543,    Dept# 03,    Dallas, TX 75267 9543
518533676       EMERGENCY PHYSICIAN ASSOCIATES OF S JERSEY,    PO Box 1123,    Minneapolis, MN 55440-1123
518420555       Elias Abilheira, Esq/ Abilheira & Associates,    34 Main Street,     Freehold, NJ 07728
518420557      +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518420556      +Eos Cca,   Po Box 981002,    Boston, MA 02298-1002
518420558      +Helmer, Conley & Kasselman, P. A.,    111 Whitehorse Pike,    Haddon Heights , NJ 08035-1909
518420559      +Ian Zev Winograd Pressler Felt Warshaw, Llp,    7 Entin Road,    Parsippany, NJ 07054-5020
518420562       Jp Morgan Ban, N.A Carrington /Carrington Mor,    Po Box 79001,    Phoenix , AZ 85062 9001
518420563      +Larchmont,    Po Box 448,   Hainesport, NJ 08036-0448
518420564      +Larchmont Medical Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
518420565       Lourdes Health Systems,    Po Box 822112,    Philadelphia, PA 19182 2112
518420567       Lourdes Medical Center Of Burlington County,    Po Box 822112,     Philadelphia, PA 19182 2112
518420566      +Lourdes Medical Center Of Burlington County,    Po Box 1388,    Mt. Laurel, NJ 08054-7388
518420570      +Lvnv Funding Llc,    Po Box 828,   Skokie , IL 60076-0828
518420571      +Mount Holly Family Dentistry,    362 Ridgway Street,    Mt. Holly, NJ 08060-1447
518420573      +Ocean County Foot Ankle Surg,    54 Bey Lea Road,   Suite 1,    Toms River, NJ 08753-2978
518420574      +Optimum Outcomes,    Po Box 58015,    Raleigh, NC 27658-8015
518420576      +Pemberton Township Schools,    30 Trenton Road,    Browns Mills , NJ 08015-3236
518420577      +Phelan Hallinan Diamond & Jones, P.C,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
518420578      +Pioneer Credit Recovery, Inc.,    Po Box 349,    Arcade, NY 14009-0349
518420583      +Postal Empl C U,    4248 S Broad St,    Trenton, NJ 08620-2105
518420584      +Professional Service Fund,    200 Trenton Road,    Browns Mills, NJ 08015-1705
518420585      +Pse&G,   Po Box 14444,    New Brunswick, NJ 08906-4444
518420588       Reconstructive Orthopedics Pa,    4 Eaves Drive,    Suite 100,    Marlton, NJ 08053
518420589       Riverview Medical Center,    Po Box 650292,    Dallas, TX 75265 0292
518420592      +Target,   P.O. Box 30171,    Tampa, FL 33630-3171
518420593       Target Corporation Recovery Services,    Po Box 30171,    Tampa, FL 33630 3171
518420594      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
518440589      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
518420595       The Children's Hospital Of Philadelphia,    Po Box 788017,    Philadelphia, PA 19178 8017
518420596      +Township Of Pemberton Tax Collector's Office,    500 Pemberton Browns M Ills Rd.,
                 Pemberton, NJ 08068-1539
518420600      +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
518420601       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
518420602      #+University Accounting Service, Llc,    2520 S. 170th St.,    New Berlin, WI 53151-2706
518420603      +Vantage Surgery Center,    350 Young Ave,    Moorestown, NJ 08057-3145
518420606       Virtua Health,    Po Box 8500 7542,    Philadelphia, PA 19178 7542
518420606       Virtua Health,    Po Box 71451,    Philadelphia, PA 19176 1451
518420615      +Virtua Medical Group,    2000 Crawford Place,    Mt. Laurel, NJ 08054-3954
518420612      +Virtua Medical Group,    2000 Crawford Place,    Suite 200,    Mt. Laurel, NJ 08054-3954
518420608       Virtua Medical Group,    Po Box 6028,    Bellmawr, NJ 08099 6028
518420614      +Virtua Medical Group,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
518420610      +Virtua Medical Group,    Po Box 71451,    Philadelphia, PA 19176-1451
518420613       Virtua Medical Group,    200 Crawford Place,    Suite 200,    Mt. Laurel, NJ 08054
518420609       Virtua Medical Group,    Philadelphia, PA 19176
518420617      +Virtua Medical Group,    2000 Crawford Place,    Suite 100,    Mt. Laurel, NJ 08054-3920
518420620      +Virtua Medical Group Pa,    Po Box 6028,    Bellmawr, NJ 08099-6028
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518420535      +EDI: RMCB.COM Nov 23 2019 05:48:00      American Medical Collection Agency,
                 4 Westchester Plaza,   Suite 110,    Elmsford, NY 10523-1615
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518540851          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:18:46
                   Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
518420541         +EDI: CINGMIDLAND.COM Nov 23 2019 05:48:00      At&T Mobility,    Po Box 537104,
                   Atlanta, GA 30353-7104
518420542          EDI: CAPITALONE.COM Nov 23 2019 05:48:00      Capital One Bank Usa N,    15000 Capital One Dr,
                   Richmond, VA 23238
518443478         +EDI: AIS.COM Nov 23 2019 05:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                   Oklahoma City, OK 73118-7901
518420544         +E-mail/Text: BKBCNMAIL@carringtonms.com Nov 23 2019 01:25:33      Carrington Mortgage Se,
                   1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
518420546         +E-mail/Text: jessicajones@cpcrecovery.com Nov 23 2019 01:26:55      Central Portfolio Control,
                   10249 Yellow Circle Drive,    Suite 200,   Minnetonka, MN 55343-9111
518420548         +EDI: WFNNB.COM Nov 23 2019 05:48:00      Comenity Bank  Victoria's Secret,    Po Box 659728,
                   San Antonio, TX 78265-9728
518420550         +EDI: CONVERGENT.COM Nov 23 2019 05:48:00      Convergent Outsourcing, Inc.,    800 Sw 39th,
                   Po Box 9004,   Renton, WA 98057-9004
518420552         +E-mail/Text: bankruptcy@credencerm.com Nov 23 2019 01:27:01      Credence Resource Management,
                   17000 Dallas Parkway,    Suite 204,   Dallas, TX 75248-1940
518420553         +E-mail/Text: bankruptcynotices@devry.edu Nov 23 2019 01:26:54      Devry University Inc,
                   1200 E Diehl Rd,    Naperville, IL 60563-9347
518420560          EDI: JEFFERSONCAP.COM Nov 23 2019 05:48:00      Jefferson Capital Systems Llc,
                   16 Mc Leland Road,    Saint Cloud, MN 563303
518420560          E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 23 2019 01:26:36      Jefferson Capital Systems Llc,
                   16 Mc Leland Road,    Saint Cloud, MN 563303
518420561          E-mail/Text: srivera@jnacollect.com Nov 23 2019 01:26:11      Jonathon Neil &Associates, Inc.,
                   Po Box 7000,    Tarzana, CA 91357 7000
518531138          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:20:19      LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518420569         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:30:47      Lvnv Funding Llc,
                   Po Box 10497,    Greenville, SC 29603-0497
518420568         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:20:20      Lvnv Funding Llc,
                   Po Box 1269,    Greenville, SC 29602-1269
518420572         +E-mail/Text: cd@musicarts.com Nov 23 2019 01:26:51      Music & Arts,    4626 Wedgewood Blvd.,
                   Frederick, MD 21703-7159
518420581          EDI: PRA.COM Nov 23 2019 05:48:00      Portfolio Recovery Associates Llc,    Po Box 12914,
                   Norfolk, VA 23541 1223
518420575         +EDI: WFNNB.COM Nov 23 2019 05:48:00      Peebles,    Po Box 659465,    San Antonio, TX 78265-9465
518420579         +EDI: PRA.COM Nov 23 2019 05:48:00      Portfolio,    120 Corporate Blvd, Ste 1,
                   Norfolk, VA 23502-4952
518420580         +EDI: PRA.COM Nov 23 2019 05:48:00      Portfolio Recov Assoc,    150 Corporate Blvd,
                   Norfolk, VA 23502-4952
518420587          E-mail/Text: Supportservices@receivablesperformance.com Nov 23 2019 01:27:06
                   Receivable Performance Management Llc,    Po Box 1548,    Lynwood, WA 98046 1548
518420590         +EDI: SECONDROUND.COM Nov 23 2019 05:48:00      Second Round Lp,    4150 Friedrich Lane Suit,
                   Austin, TX 78744-1052
518420591         +EDI: SECONDROUND.COM Nov 23 2019 05:48:00      Second Round Sub, Llc,    Po Box 41955,
                   Austin , TX 78704-0033
518420599          E-mail/Text: bankruptcydepartment@tsico.com Nov 23 2019 01:27:03      Transworld Systems Inc.,
                   500 Virginia Drive,    Suite 514,   Ft. Washington, PA 19034-2733
518420598          E-mail/Text: bankruptcydepartment@tsico.com Nov 23 2019 01:27:03      Transworld Systems Inc.,
                   507 Prudential Road,    Horsham, PA 19044-2308
518420604         +EDI: VERIZONCOMB.COM Nov 23 2019 05:48:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
518420605         +EDI: VERIZONCOMB.COM Nov 23 2019 05:48:00      Verizon,
                   P.O. Box 26055, Nat'l Recovery Dept M.S.,    Minneapolis, MN 55426-0055
                                                                                                TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518420543         Carrington Mortgage
518420586         Qual Ast Rec
518420538*        Apex Asset Management Llc,    2501 Oregon Pike,    Suite 102,   Lancaster , PA 17601 4890
518420539*        Apex Asset Management Llc.,   2501 Oregon Pike,    Suite 102,   Lancaster , PA 17601 4890
518420540*       +Apex Asset Management Llc.,   2501 Oregon Pike,    Suite 102,   Lancaster , PA 17601-4890
518420582*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates Llc,    Po Box 12914,
                   Norfolk, VA 23591)
518420616*        Virtua Medical Group,   2501 Oregon Pike,    Suite 102,   Lancaster, PA 17601 4890
518420619*       +Virtua Medical Group,   2501 Oregon Pike,    Suite 102,   Lancaster, PA 17601-4890
518420618*        Virtua Medical Group,   200 Crawford Place,    Suite 200,   Mt. Laurel, NJ 08054
518420611*        Virtua Medical Group,   Po Box 71451,    Philadelphia, PA 19176 1451
518420597       ##+Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3 N02,   Melville, NY 11747-4510
                                                                                   TOTALS: 2, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 22, 2019
                              Form ID: 318             Total Noticed: 88
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrew M. Carroll    on behalf of Debtor Georgetta Tanelle Rhodes AndrewCarrollEsq@gmail.com,
               SouthJerseyBankruptcy@gmail.com
              Nicholas V. Rogers    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS TRUSTEE ET.AL. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE
               BANK OF NEW YORK MELLON ET.AL. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6