UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Rhodes, Georgetta Tanelle

Case No.: 19-26126-CMG
Chapter: 7
Judge: Christine M. Gravelle

### NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on January 21, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
35 Chicory Lane
Browns Mills, NJ

Valued at: $101,822.00

Liens on property:

Carrington
$289,488.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee
Address: McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 19-26126-CMG
Georgetta Tanelle Rhodes                                    Chapter 7
       Debtor                 CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 3           Date Rcvd: Dec 19, 2019
                            Form ID: pdf905       Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db          +Georgetta Tanelle Rhodes,    35 Chicory Lane,    Browns Mills, NJ 08015-4334
cr          +CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR,    Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518420532    Account Resolution Services A Division Of Hrr,    Po Box 459079,    Sunrise, FL 33345 9079
518420533   +Alert Ambulance Service,    Po Box 192,    Brick, NJ 08723-0192
518420534   +Alltran Education, Inc.,    P. O. Box 722920,    Houston, TX 77272-2920
518420536   +Apex Asset,   2501 Oregon Pike Suite 120,    Lancaster, PA 17601-4890
518420537    Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601 4890
518420544   +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
518420545    Cbcs,   Po Box 2589,    Columbus, OH 43216 2589
518420547    Comenity Bank Express,    Po Box 65728,    San Antonio, TX 78265 9728
518420549   +Comenity Capital Bank Ulta,    2200 E. Devon Ave,    Suite 200,    Des Plaines, IL 60018-4501
518420551   +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
518420554    Diversified Consultants, Inc,    Po Box 679543,    Dept# 03,    Dallas, TX 75267 9543
518533676    EMERGENCY PHYSICIAN ASSOCIATES OF S JERSEY,    PO Box 1123,    Minneapolis, MN 55440-1123
518420555    Elias Abilheira, Esq/ Abilheira & Associates,    34 Main Street,    Freehold, NJ 07728
518420557   +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
518420556   +Eos Cca,   Po Box 981002,    Boston, MA 02298-1002
518420558   +Helmer, Conley & Kasselman, P. A.,    111 Whitehorse Pike,    Haddon Heights , NJ 08035-1909
518420559   +Ian Zev Winograd Pressler Felt Warshaw, Llp,    7 Entin Road,    Parsippany, NJ 07054-5020
518420562    Jp Morgan Ban, N.A Carrington /Carrington Mor,    Po Box 79001,    Phoenix , AZ 85062 9001
518420563   +Larchmont,   Po Box 448,    Hainesport, NJ 08036-0448
518420564   +Larchmont Medical Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
518420565    Lourdes Health Systems,    Po Box 822112,    Philadelphia, PA 19182 2112
518420567    Lourdes Medical Center Of Burlington County,    Po Box 822112,    Philadelphia, PA 19182 2112
518420566   +Lourdes Medical Center Of Burlington County,    Po Box 1388,    Mt. Laurel, NJ 08054-7388
518420570   +Lvnv Funding Llc,    Po Box 828,    Skokie , IL 60076-0828
518420571   +Mount Holly Family Dentistry,    362 Ridgway Street,    Mt. Holly, NJ 08060-1447
518420573   +Ocean County Foot Ankle Surg,    54 Bey Lea Road,    Suite 1,    Toms River, NJ 08753-2978
518420574   +Optimum Outcomes,    Po Box 58015,    Raleigh, NC 27658-8015
518420576   +Pemberton Township Schools,    30 Trenton Road,    Browns Mills , NJ 08015-3236
518420577   +Phelan Hallinan Diamond & Jones, P.C,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
518420578   +Pioneer Credit Recovery, Inc.,    Po Box 349,    Arcade, NY 14009-0349
518420583   +Postal Empl C U,    4248 S Broad St,    Trenton, NJ 08620-2105
518420584   +Professional Service Fund,    200 Trenton Road,    Browns Mills, NJ 08015-1705
518420585   +Pse&G,   Po Box 14444,    New Brunswick, NJ 08906-4444
518420588    Reconstructive Orthopedics Pa,    4 Eaves Drive,    Suite 100,    Marlton, NJ 08053
518420589    Riverview Medical Center,    Po Box 650292,    Dallas, TX 75265 0292
518420591   +Second Round Sub, Llc,    Po Box 41955,    Austin , TX 78704-0033
518420592   +Target,   P.O. Box 30171,    Tampa, FL 33630-1371
518420593    Target Corporation Recovery Services,    Po Box 30171,    Tampa, FL 33630 3171
518420594   +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
518440589   +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
518420595    The Children's Hospital Of Philadelphia,    Po Box 788017,    Philadelphia, PA 19178 8017
518420596   +Township Of Pemberton Tax Collector's Office,    500 Pemberton Browns M Ills Rd.,
              Pemberton, NJ 08068-1539
518420600   +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
518420601    U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
518420602   #+University Accounting Service, Llc,    2520 S. 170th St.,    New Berlin, WI 53151-2706
518420603   +Vantage Surgery Center,    350 Young Ave,    Moorestown, NJ 08057-3145
518420606    Virtua Health,    Po Box 71451,    Philadelphia, PA 19176 1451
518420607    Virtua Health,    Po Box 8500 7542,    Philadelphia, PA 19178 7542
518420615   +Virtua Medical Group,    2000 Crawford Place,    Mt. Laurel, NJ 08054-3954
518420612   +Virtua Medical Group,    2000 Crawford Place,    Suite 200,    Mt. Laurel, NJ 08054-3954
518420608    Virtua Medical Group,    Po Box 6028,    Bellmawr, NJ 08099 6028
518420614   +Virtua Medical Group,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
518420613   +Virtua Medical Group,    200 Crawford Place,    Suite 200,    Mt. Laurel, NJ 08054
518420609    Virtua Medical Group,    Philadelphia, PA 19176
518420610   +Virtua Medical Group,    Po Box 71451,    Philadelphia, PA 19176-1451
518420617   +Virtua Medical Group,    2000 Crawford Place,    Suite 100,    Mt. Laurel, NJ 08054-3920
518420620   +Virtua Medical Group Pa,    Po Box 6028,    Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
```

```
District/off: 0312-3           User: admin              Page 2 of 3               Date Rcvd: Dec 19, 2019
                               Form ID: pdf905          Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518420535       +E-mail/Text: bkrpt@retrievalmasters.com Dec 20 2019 00:41:50
                 American Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
518540851        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 00:38:11
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518420541       +E-mail/Text: g20956@att.com Dec 20 2019 00:42:26     At&T Mobility,    Po Box 537104,
                 Atlanta, GA 30353-7104
518420542        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 00:38:47
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518443478       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2019 00:51:42
                 Capital One Bank (USA), N.A.,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518420546       +E-mail/Text: jessicajones@cpcrecovery.com Dec 20 2019 00:42:26      Central Portfolio Control,
                 10249 Yellow Circle Drive,    Suite 200,    Minnetonka, MN 55343-9111
518420548       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 00:41:29
                 Comenity Bank  Victoria's Secret,    Po Box 659728,    San Antonio, TX 78265-9728
518420550       +E-mail/Text: convergent@ebn.phinsolutions.com Dec 20 2019 00:42:17
                 Convergent Outsourcing, Inc.,     800 Sw 39th,    Po Box 9004,    Renton, WA 98057-9004
518420552       +E-mail/Text: bankruptcy@credencerm.com Dec 20 2019 00:42:30      Credence Resource Management,
                 17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518420553       +E-mail/Text: bankruptcynotices@devry.edu Dec 20 2019 00:42:24      Devry University Inc,
                 1200 E Diehl Rd,    Naperville, IL 60563-9347
518420560        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2019 00:42:07      Jefferson Capital Systems Llc,
                 16 Mc Leland Road,    Saint Cloud, MN 563303
518420561        E-mail/Text: srivera@jnacollect.com Dec 20 2019 00:41:41      Jonathon Neil &Associates, Inc.,
                 Po Box 7000,    Tarzana, CA 91357 7000
518531138        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 00:38:11      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518420569       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 00:39:09      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
518420568       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2019 00:38:10      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
518420572       +E-mail/Text: cd@musicarts.com Dec 20 2019 00:42:18      Music & Arts,    4626 Wedgewood Blvd.,
                 Frederick, MD 21703-7159
518420581        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 00:38:57
                 Portfolio Recovery Associates Llc,    Po Box 12914,    Norfolk, VA 23541 1223
518420575       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 00:41:30      Peebles,    Po Box 659465,
                 San Antonio, TX 78265-9465
518420579       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 00:37:17      Portfolio,
                 120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
518420580       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 00:38:53
                 Portfolio Recov Assoc,    150 Corporate Blvd,    Norfolk, VA 23502-4952
518420587        E-mail/Text: Supportservices@receivablesperformance.com Dec 20 2019 00:42:33
                 Receivable Performance Management Llc,    Po Box 1548,    Lynwood, WA 98046 1548
518420599       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2019 00:42:31      Transworld Systems Inc.,
                 500 Virginia Drive,    Suite 514,    Ft. Washington, PA 19034-2733
518420598       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2019 00:42:31      Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
518420604       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 20 2019 00:40:44
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
518420605       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 20 2019 00:40:44
                 Verizon,    P.O. Box 26055, Nat'l Recovery Dept M.S.,     Minneapolis, MN 55426-0055
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518420543        Carrington Mortgage
518420586        Qual Ast Rec
518420538*       Apex Asset Management Llc,    2501 Oregon Pike,    Suite 102,    Lancaster , PA 17601 4890
518420539*       Apex Asset Management Llc.,    2501 Oregon Pike,    Suite 102,    Lancaster , PA 17601 4890
518420540*      +Apex Asset Management Llc.,    2501 Oregon Pike,    Suite 102,    Lancaster , PA 17601-4890
518420582*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates Llc,    Po Box 12914,
                 Norfolk, VA 23591)
518420616*       Virtua Medical Group,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601 4890
518420619*      +Virtua Medical Group,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
518420618*       Virtua Medical Group,    200 Crawford Place,    Suite 200,    Mt. Laurel, NJ 08054
518420611*       Virtua Medical Group,    Po Box 71451,    Philadelphia, PA 19176 1451
518420590      ##+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
518420597      ##+Transworld Systems Inc.,    Two Huntington Quadrangle,    Suite 3 N02,    Melville, NY 11747-4510
                                                                                   TOTALS: 2, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Dec 19, 2019
                              Form ID: pdf905          Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
          Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrew M. Carroll    on behalf of Debtor Georgetta Tanelle Rhodes AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
           YORK AS TRUSTEE ET.AL. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC AS SERVICER FOR THE
           BANK OF NEW YORK MELLON ET.AL. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```