Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.: 19–26126–CMG
                              Chapter:  7
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Georgetta Tanelle Rhodes
   35 Chicory Lane
   Browns Mills, NJ 08015

Social Security No.:
   xxx–xx–9478

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 17, 2020</u>                <u>Christine M. Gravelle</u>
                                          Judge, United States Bankruptcy Court